# STATE v. JOSEPH U. BARNES.[2]

June 25, 1909.

Nos. 15,855—(18).

Defendant was indicted in the district court for Hennepin county for the crime

[1]Reported in 121 N. W. 878.        [2]Reported in 122 N. W. 12.

of grand larceny in the second degree. A demurrer was interposed on the ground that the facts did not constitute a public offense. The demurrer was overruled, Holt, J., and at the request of defendant the case was certified to this court for its opinion upon the same questions as we're certified in the case of State v. Barnes, supra, page 230. Affirmed.

*John Lind, A. Ueland,* and *A. M. Harrison,* for appellant.

*George T. Simpson,* Attorney General, *Al. J. Smith,* County Attorney, *John F. Dahl,* Assistant County Attorney, and *John N. Berg,* for the State.

PER CURIAM.

The above-entitled action is controlled by the concurrent decision in State v. Barnes, supra, page 230, 122 N. W. 11, and is accordingly affirmed.